# EXHIBIT A

















